In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-22-00253-CV**

**IN THE MATTER OF B.A.W.**

**On Appeal from the County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Cause No. 19-08-10686-JV**

**MEMORANDUM OPINION**

B.A.W. filed a notice of appeal on August 4, 2022. The notice of appeal referred to a judgment signed in October 2019. We notified the parties that B.A.W. had filed notice of appeal outside the time allowed for an extension and warned the appellant that the appeal would be dismissed for lack of jurisdiction unless he showed grounds for continuing the appeal. B.A.W. failed to respond to the Court's notice.

In a civil case, the time to appeal begins when there is a signed judgment or appealable written order. *See* Tex. R. App. P. 26.1. B.A.W filed a notice of appeal

1

more than thirty days after the trial court signed the judgment that B.A.W. seeks to appeal and outside the period of time in which we may exercise discretion and grant an extension of time to appeal. *See* Tex. R. App. P. 26.3. B.A.W. has not identified another, more recent, appealable judgment order. We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.


PER CURIAM

Submitted on October 5, 2022
Opinion Delivered October 6, 2022

Before Kreger, Horton and Johnson, JJ.